

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

February 4, 2020

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020
```

Re: *Laffont v. Smarten Media LLC (1:19-cv-9456-AKH)*

Dear Judge Hellerstein,

We represent Plaintiff, Jean Pierre Laffont, in the above in-captioned case. We have been in touch with Defendant however they have yet to respond to the complaint which is past due. We respectfully request that the initial conference scheduled for February 7, 2020 be adjourned. If Defendant does not file a respond to the complaint within the next 30 days Plaintiff will request an entry of default.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jean Pierre Laffont*

The conference previously scheduled for February 7, 2020 is adjourned to March 13, 2020 @ 10:00 AM.

/s/ Alvin K. Hellerstein
2/5/2020