

**ATTORNEYS FOR THE PHOTOGRAPHIC ARTS**

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

March 11, 2020

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020
```

Re: *Laffont v. Smarten Media LLC (1:19-cv-9456-AKH)*

Dear Judge Hellerstein,

We represent Plaintiff, Jean Pierre Laffont, in the above in-captioned case. Defendant has yet to respond to the complaint We have filed a request to enter default and will be filing our default motion within the next 30 days. We respectfully request that the initial conference scheduled for March 13, 2020 be adjourned.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jean Pierre Laffont*

The conference previously scheduled for March 13, 2020 is canceled.

*[signature]*

3-12-2020